EUGENE JIM KIPP & BILLIE JO KIPP, Petitioner(s), v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Kipp v. Comm'r
Docket No. 18765-13 L.
United States Tax Court
2015 Tax Ct. Memo LEXIS 34; January 12, 2015, Decided
*34 Juan F. Vasquez, Judge.
Juan F. Vasquez
DECISION
Pursuant to the determination of the Court, as set forth in its Opinion filed January 12, 2015, it is
ORDERED and DECIDED that respondent may proceed with the collection activities as determined in the notice of determination concerning collection activities for the taxable years 2008, 2009, and 2011, upon which this case is based.
(Signed) Juan F. Vasquez
Judge
Entered: JAN 12 2015